## Alvin M. BLANTON, Petitioner,

### v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 2008–3332.

United States Court of Appeals, Federal Circuit.

April 10, 2009.

Rehearing Denied June 3, 2009.

John M. Poti, Law Office of John M. Poti, of Prattville, Alabama, argued for petitioner.

**916**

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Jeffrey A. Gauger, Attorney.

Before BRYSON, CLEVENGER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36